| | |
|---|---|
| Cliff Palefsky, Esq. (State Bar #77683)<br>uroy2@aol.com<br>Keith Ehrman, Esq. (State Bar #106985)<br>kaemhp@aol.com<br>McGuinn, Hillsman & Palefsky<br>535 Pacific Avenue<br>San Francisco, California 94133<br>Telephone: 415/421-9292<br>Facsimile: 415/403-0202<br><br>Attorneys for Plaintiff<br>TAYLER BAYER | JOANNA L. BROOKS (SBN 182986)<br>JACKSON LEWIS LLP<br>199 Fremont Street, 10th Floor<br>San Francisco, CA 94105<br>Telephone: 415.394.9400<br>Facsimile: 415.394.9401<br>Email: brooksj@jacksonlewis.com<br><br>SHERRY L. SWIECA (SBN 198700)<br>JACKSON LEWIS LLP<br>725 South Figueroa Street, Suite 2500<br>Los Angeles, CA 90017-5408<br>Telephone: 213.689.04044<br>Facsimile: 213.689.0430<br>Email: swiecas@jacksonlewis.com<br><br>KAREN E. GRIFFIN (TBN 00796680)<br>ALLYSON L. JOHNSON (SBN 248042)<br>JACKSON LEWIS LLP<br>3811 Turtle Creek Blvd., Suite 500<br>Dallas, TX 75219<br>Telephone: 214.520.2400<br>Facsimile: 214.520.2008<br>Email: griffink@jacksonlewis.com<br>johnsona@jacksonlewis.com<br><br>Attorneys for Defendant<br>THE NEIMAN MARCUS GROUP, INC.<br>(erroneously sued as NEIMAN MARCUS HOLDINGS, INC.) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAYLER BAYER,<br><br>        Plaintiff,<br><br>vs.<br><br>NEIMAN MARCUS HOLDINGS, INC.<br><br>        Defendant. | CASE NO. 11-CV-03705-MEJ<br><br>**STIPULATION TO AMEND COMPLAINT BY SUBSTITUTING CORRECT NAME OF DEFENDANT AND [PROPOSED] ORDER THEREON** |

1

STIPULATION TO AMEND COMPLAINT BY SUBSTITUTING
CORRECT NAME OF DEFENDANT

WHEREAS, Plaintiff TAYLER BAYER ("Bayer" or "Plaintiff") named "NEIMAN MARCUS HOLDINGS, INC." ("NMH") as the Defendant in the Complaint filed by Bayer on July 27, 2011 and further alleged in the Complaint that NMH had been Bayer's employer; and

WHEREAS, the parties have agreed that Bayer's employer was "NEIMAN MARCUS GROUP, INC." ("NMG") rather than NMH, and that the named Defendant should have been NMG rather than NMH; and

WHEREAS, the parties have stipulated that Plaintiff may amend the Complaint to substitute NEIMAN MARCUS GROUP, INC. as the Defendant in place of NEIMAN MARCUS HOLDINGS, INC., and that Plaintiff may amend the Complaint to substitute NEIMAN MARCUS GROUP, INC. in place of NEIMAN MARCUS HOLDINGS, INC. whenever that incorrect name appears in the Complaint; and

WHEREAS, the parties have stipulated that Plaintiff need not re-serve the Complaint on NEIMAN MARCUS GROUP, INC.,

IT IS HEREBY STIPULATED AND AGREED as follows:

1. The Complaint shall be amended to substitute the name NEIMAN MARCUS GROUP, INC. as the Defendant in place of NEIMAN MARCUS HOLDINGS, INC., and the Complaint shall be amended to substitute the name NEIMAN MARCUS GROUP, INC. in place of the name NEIMAN MARCUS HOLDINGS, INC. whenever that name appears in the body of the Complaint.

2. Plaintiff need not re-serve the Complaint on NEIMAN MARCUS GROUP, INC.

///

///

///

|     |     |
| --- | --- |
| Dated: September 19, 2011 | JACKSON LEWIS LLP<br><br>_/s/ Joanna L. Brooks_<br>Attorneys for Defendant<br>The NEIMAN MARCUS GROUP, INC.<br>(erroneously sued as NEIMAN MARCUS HOLDINGS, INC. |
| Dated: September 19, 2011 | McGUINN HILLSMAN & PALEFSKY<br><br>_/s/_<br>Attorneys for Plaintiff<br>TAYLER BAYER |

## ORDER

The Court having considered the Stipulation set forth above, and good cause appearing, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Complaint shall be amended to substitute the name NEIMAN MARCUS GROUP, INC. as the Defendant in place of NEIMAN MARCUS HOLDINGS, INC., and the Complaint shall be amended to substitute the name NEIMAN MARCUS GROUP, INC. in place of the name NEIMAN MARCUS HOLDINGS, INC. whenever that name appears in the body of the Complaint

2. Plaintiff need not re-serve the Complaint on NEIMAN MARCUS GROUP, INC.

Dated: September 21, 2011

_/s/_
HONORABLE MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

---

STIPULATION TO AMEND COMPLAINT BY SUBSTITUTING
CORRECT NAME OF DEFENDANT

3