| | |
|---|---|
| CLIFF PALEFSKY, ESQ. (SBN 77683) | JOANNA L. BROOKS (SBN 182986) |
| KEITH EHRMAN, ESQ. (SBN 106985) | JACKSON LEWIS LLP |
| MCGUINN, HILLSMAN & PALEFSKY | 199 Fremont Street, 10th Floor |
| 535 Pacific Avenue | San Francisco, CA 94105 |
| San Francisco, California 94133 | Telephone: 415.394.9400 |
| Telephone: 415.421.9292 | Facsimile: 415.394.9401 |
| Facsimile: 415.403.0202 | Email: brooksj@jacksonlewis.com |
| Email: uroy2@aol.com | |
| kaemhp@aol.com | SHERRY L. SWIECA (SBN 198700) |
| | JACKSON LEWIS LLP |
| Attorneys for Plaintiff | 725 South Figueroa Street, Suite 2500 |
| TAYLOR BAYER | Los Angeles, CA 90017-5408 |
| | Telephone: 213.689.04044 |
| | Facsimile: 213.689.0430 |
| | Email: swiecas@jacksonlewis.com |
| | |
| | KAREN E. GRIFFIN (TBN 00796680) |
| | ALLYSON L. JOHNSON (SBN 248042) |
| | JACKSON LEWIS LLP |
| | 3811 Turtle Creek Blvd., Suite 500 |
| | Dallas, TX 75219 |
| | Telephone: 214.520.2400 |
| | Facsimile: 214.520.2008 |
| | Email: griffink@jacksonlewis.com |
| | johnsona@jacksonlewis.com |
| | |
| | Attorneys for Defendant |
| | THE NEIMAN MARCUS GROUP, INC. |
| | (erroneously sued as NEIMAN MARCUS |
| | HOLDINGS, INC.) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| TAYLOR BAYER, | Case No. 11-CV-03705-MEJ |
| Plaintiff, | (Assigned for all purposes to Honorable Maria-Elena James) |
| v. | |
| NEIMAN MARCUS HOLDINGS, INC., | **STIPULATION FOR EXTENSION OF DATES FOR ADR AND RULE 26F CONFERENCE** |
| Defendant. | |
| | Courtroom: B |
| | Judge: Hon. Maria-Elena James |

WHEREAS Plaintiff, TAYLOR BAYER ("Plaintiff") AND Defendant NEIMAN

MARCUS GROUP, INC. (erroneously sued as NEIMAN MARCUS HOLDINGS, INC.)

1

1  ("Defendant") (collectively the "parties"), will appear for a hearing on Defendant's Motion to
2  Compel Arbitration on November 17, 2011.
3      WHEREAS the parties seek to extend the current deadlines to file and serve ADR
4  certification, file stipulation to ADR process and to confer pursuant to Federal Rule of Civil
5  Procedure Rule 26(f) until after the November 17, 2011 hearing on Defendant's Motion to
6  Compel Arbitration before incurring unnecessary attorneys' fees and expenses.

7  **IT IS HEREBY STIPULATED AS FOLLOWS:**

8  In light of Defendant's pending Motion and the parties' desire to have that Motion
9  determined before they conduct the various case management and pre-trial matters:

10      1.    The deadline to meet and confer regarding initial disclosures, early settlement,
11  ADR process selection and discovery plan currently scheduled for October 20, 2011 shall be
12  extended to November 22, 2011;

13      2.    The deadline to file ADR Certification signed by Parties and Counsel currently
14  scheduled for October 20, 2011 shall be extended to December 22, 2011;

15      3.    The deadline to file either stipulation to ADR Process or Notice of Need for ADR
16  Phone Conference currently scheduled for October 20, 2011 shall be extended to December 22,
17  2011;

18      4.    The deadline for the parties' to file their Joint Case Management Conference
19  Statement currently scheduled to be filed on November 3, 2011, shall be filed no later than
20      January 5, 2012
21      5.    The parties' Initial Disclosures shall be due no later than January 5, 2012; and
22      6.    The Initial Case Management Conference, currently scheduled for November 10,
23  2011 at 10:00 a.m., will be scheduled for January 12, 2011 at 10:00 a.m.

24
25
26
27
28

2

STIPULATION FOR EXTENSION OF DATES                 Case No.: 11-CV-03705-MEJ

| | |
|---|---|
| 1 | Dated: October 20, 2011 |
| 2 | JACKSON LEWIS LLP |
| 4 | By:  /s/ JoAnna L. Brooks |
| | Attorneys for Defendant |
| 5 | The NEIMAN MARCUS GROUP, INC. (erroneously sued as NEIMAN MARCUS HOLDINGS, INC.) |
| 8 | Dated: October 20, 2011 |
| | McGUINN HILLSMAN & PALEFSKY |
| 11 | By:  /s/ Keith Ehrman |
| | Attorneys for Plaintiff |
| | TAYLER BAYER |

**IT IS SO ORDERED.**

Dated: October 21, 2011

_____
HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge

4811-4817-3836, v. 1

---

3

STIPULATION FOR EXTENSION OF DATES                                        Case No.: 11-CV-03705-MEJ