CLIFF PALEFSKY, ESQ. (SBN 77683)
KEITH EHRMAN, ESQ. (SBN 106985)
MCGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, California 94133
Telephone: 415.421.9292
Facsimile: 415.403.0202
Email: uroy2@aol.com
kaemhp@aol.com

Attorneys for Plaintiff
TAYLOR BAYER

JOANNA L. BROOKS (SBN 182986)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, CA 94105
Telephone: 415.394.9400
Facsimile: 415.394.9401
Email: brooksj@jacksonlewis.com

KAREN E. GRIFFIN (TBN 00796680)
DAN HARTSFIELD (SBN 0917088)
ALLYSON L. JOHNSON (SBN 248042)
JACKSON LEWIS LLP
3811 Turtle Creek Blvd., Suite 500
Dallas, TX 75219
Telephone: 214.520.2400
Facsimile: 214.520.2008
Email: griffink@jacksonlewis.com
dan.hartsfield@jacksonlewis.com
johnsona@jacksonlewis.com

Attorneys for Defendant
THE NEIMAN MARCUS GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| TAYLOR BAYER,<br><br>    Plaintiff/Appellee,<br><br>v.<br><br>NEIMAN MARCUS HOLDINGS, INC.,<br><br>    Defendant/Appellant. | Case No. 11-CV-03705-MEJ<br><br>(Assigned for all purposes to Honorable Maria-Elena James)<br><br>**STIPULATION FOR EXTENSION OF DATES FOR ADR AND CASE MANAGEMENT CONFERENCE PENDING RESOLUTION OF MOTION FOR STAY**<br><br>Courtroom: B<br>Judge: Hon. Maria-Elena James |

  WHEREAS, Defendant/Appellant NEIMAN MARCUS GROUP, INC. ("NMG") has filed a motion for stay of district court proceedings during the pendency of its appeal of the Court's order denying NMG's motion to compel arbitration (docket no. 30).

  WHEREAS, NMG and Plaintiff/Appellee TAYLOR BAYER ("Bayer") have conferred regarding said motion, and Bayer does not intend to oppose NMG's motion for stay.

  WHEREAS, pursuant to the parties' prior Stipulation for Extension of Dates (docket no.

25), the parties must file an ADR Certification and Stipulation to ADR Process or Notice of Need for ADR Conference by December 22, 2011; file a Joint Case Management Conference Statement by January 5, 2012; exchange Initial Disclosures by January 5, 2012; and attend an Initial Case Management Conference at 10:00 a.m. on January 12, 2012.

WHEREAS, a stay of the trial court action, if granted, would result in a stay of discovery and ADR proceedings in the trial court and obviate the present need for a case management conference and order until the appeal before the Ninth Circuit Court of Appeals has been completed.

**IT IS HEREBY STIPULATED AS FOLLOWS:**

1. In light of Defendant's pending Motion for Stay and the parties' desire to have that Motion determined before they conduct the various case management and pre-trial matters, the deadlines (1) to file an ADR Certification signed by Parties and Counsel, (2) to file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference, (3) to file a Joint Case Management Conference Statement, and (4) to exchange Initial Disclosures shall be deferred indefinitely if this Court grants the Motion for Stay. In the event the Court denies said motion, said deadlines shall be deferred until 30 days after the entry of the Court's order.

1. The Initial Case Management Conference, currently scheduled for January 12, 2012, shall be cancelled and rescheduled in accordance with the foregoing.

Dated:  December 20, 2011						JACKSON LEWIS LLP


							By:	/s/  Karen E. Griffin
								JoAnna Brooks
								Karen E. Griffin
								Dan Hartsfield
								Allyson L. Johnson

								Attorneys for Defendant/Appellant
								The NEIMAN MARCUS GROUP, INC.

| | | |
|---|---|---|
| 1 | Dated:  December 20, 2011 | McGUINN HILLSMAN & PALEFSKY |
| 2 | | |
| 3 | | By:   /s/  Keith Ehrman |
| 4 | | Cliff Palefsky<br>Keith Ehrman |
| 5 | | Attorneys for Plaintiff/Appellee<br>TAYLER BAYER |
| 6 | | |
| 7 | **IT IS SO ORDERED.** | |
| 8 | | |
| 9 | Dated:  December 20, 2011 | _____<br>HONORABLE MARIA-ELENA JAMES<br>United States Magistrate Judge |

4817-5595-2142, v. 1

3

STIPULATION FOR EXTENSION OF DATES                                      Case No.:  11-CV-03705-MEJ